## Fourth Department, January, 1964

## (January 9, 1964)*

■ The People of the State of New York, Respondent, v. George Albert Berry, Appellant.— Upon cause being remanded to this court by the Supreme Court of the United States, order of November 29, 1962 vacated, order of

---

* Not published with other decisions of January 9, 1964, 20 A D 2d 676.— [Rep.

Onondaga County Court entered April 16, 1962 reversed, judgment of resentence of Onondaga County Court entered February 27, 1962 vacated and matter remitted to Onondaga County Court for resentence of defendant, at which time defendant shall be advised of his right to counsel, and if he so requests, counsel shall be assigned.